Query   Reports   Utilities   Help   What's New   Log Out

# District Court of the Virgin Islands
# District of the Virgin Islands (St. Croix Division)
# CRIMINAL DOCKET FOR CASE #: 1:24-cr-00001-WAL-EAH-1

Case title: USA v. Stevenson

Date Filed: 01/23/2024

Assigned to: Judge Wilma A. Lewis
Referred to: US Magistrate Judge Emile A. Henderson, III

**Defendant (1)**

**Mitch G. Stevenson**
*also known as*
George Stevenson

| **Pending Counts** | **Disposition** |
|---|---|
| FRAUD BY WIRE (1) | |
| AGGRAVATED IDENTITY THEFT (2) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA    represented by  **Evan Rikhye**
United States Attorney Office
District of the Virgin Islands
1108 King Street
1108 King Street Suite 201
Christiansted, VI 00820
340-773-3920

Email: evan.rikhye@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney/Assistant U.S.Attorney*

**Delia L. Smith**
U.S. Attorney
Federal Building & U.S. Courthouse
5500 Veterans Drive
Suite 260
St. Thomas, VI 00802
340-774-5757
Fax: 340-776-3474
Email: delia.smith@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney/Assistant U.S.Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/23/2024 | 1 | INDICTMENT filed as to Mitch G. Stevenson (1) count(s) 1. (AM) (Entered: 01/23/2024) |
| 01/23/2024 |   | Counts added: Mitch G. Stevenson (1) count(s) 2 (AM) (Entered: 01/23/2024) |

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| v. | Criminal No. 24Cr1 |
| MITCH G. STEVENSON<br>a/k/a "George Stevenson"<br>Defendant. | 18 U.S.C. § 1343 - Wire Fraud<br>18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft |

**THE GRAND JURY CHARGES THAT:**

## INTRODUCTION

### A) Relevant Parties and Entities:

1) The defendant herein, **MITCH G. STEVENSON**, at all times relevant to this Indictment, was a resident of Ohio who owned and operated a company called Southpoint Demolition, LLC, based in Cincinnati, Ohio.

2) J.M., an individual whose identity is known to the Grand Jury, is a resident of Florida. At all times relevant to this Indictment, J.M. was an investor and entrepreneur who entered into a business relationship with **STEVENSON**. J.M. had extensive prior experience in the scrap metal recycling business.

3) Port Hamilton Refining and Transportation, LLLP (hereinafter "Port Hamilton"), owns and operates a portion of the former Hovensa oil terminal/refinery on the island of St. Croix.

4) T.E., an individual whose identity is known to the Grand Jury, served as a Manager for Port Hamilton and, as such, was duly authorized to enter into contracts on behalf of the company.

B) <u>**STEVENSON'S Scheme and Artifice to Defraud J.M**</u>

5) In the summer of 2023, **STEVENSON** approached J.M. with a business proposition which involved the purchase of scrap electric and wire cable located at Port Hamilton's facility on St. Croix. **STEVENSON** proposed that J.M. serve as the investor who would pay Port Hamilton for the purchase of 9,200 feet of miscellaneous electric wire and cable. The cost for that purchase was to be $83,200. After the purchase was complete, **STEVENSON'S** proposal was to transport the scrap electric and wire cable to Florida, where it would be processed to extract the copper, which in turn would be re-sold for a profit.

6) Under the terms of the agreement between **STEVENSON** and J.M., once the scrap electric and wire cable had the copper stripped out, J.M's initial investment of $83,200 would be returned to J.M., while the two men would split the profits from the sale of the extracted copper in Florida.

7) Furthermore, J.M's upfront investment was to be secured by a bill of sale granting J.M. ownership of the scrap electric and wire cable.

8) J.M. agreed to **STEVENSON'S** business proposal.

9) **STEVENSON** entered into a contract with Port Hamilton, dated August 10, 2023, for the purchase of the scrap electric and wire cable. However, this contract, which was signed by T.E., in his capacity as a Manager of Port Hamilton, made no mention of J.M's critical role of providing the necessary funding for the purchase of the scrap electric and wire cable, nor did it include J.M. as a party to the agreement. The bill of sale associated with this contract only noted **STEVENSON'S** company, Southpoint Demolition, LLC, as the buyer of Port Hamilton's scrap electric wire and cable.

10) T.E. was unaware that J.M. was providing the funding for the purchase of the scrap electric and wire cable.

2

11) **STEVENSON** concealed the fact that J.M. would be providing the funding to purchase the scrap electric wire and cable from T.E.

12) Simultaneously, in order to lull J.M. into believing that he had an ownership interest in the scrap electric wire and cable, **STEVENSON** provided J.M. with a fake "bill of sale," dated August 10, 2023, purportedly signed by T.E. granting J.M. all "right, title and interest" in the scrap electric wire and cable, in exchange for payment made by J.M. in the amount of $83,200.00 directly to Port Hamilton.

13) As **STEVENSON** there and then well knew, the August 10, 2023 bill of sale was fraudulent, as T.E.'s signature on the document was forged. Neither T.E. nor any relevant officer of Port Hamilton knew of the existence of this bill of sale.

14) In reliance on this fraudulent bill of sale with T.E.'s forged signature, provided to him by **STEVENSON**, J.M. instructed his bank in Florida to transmit by wire transfer $83,200 into the account of Port Hamilton at First Bank, in the Virgin Islands on August 15, 2023.

15) Upon receipt of the $83,200 payment, Port Hamilton transferred the ownership of the scrap wire and metal to **STEVENSON** alone, unwittingly cutting J.M. out of the deal, even though J.M. had paid for the scrap wire and metal.

## STATUTORY ALLEGATIONS

### Count One
### 18 U.S.C. § 1343 – Wire Fraud

16) The Grand Jury adopts all of the factual allegations contained in Paragraphs 1 through 15 of this Indictment into this count as if copied *in extenso.*

17) On or about August 15, 2023, in the District of the Virgin Islands and elsewhere, the defendant,

### MITCH G. STEVENSON,

did knowingly and intentionally, having devised a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice to defraud, did cause to be transmitted a wire communication, in interstate and foreign commerce, to wit: a wire transfer in the amount of $83,200 from the bank account of J.M., into a bank account at First Bank, on St. Croix, in the Virgin Islands, belonging to Port Hamilton Refining and Transportation, LLLP.

All in violation of Title 18, United States Code 1343.

4

## Count Two
### 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft

18) The Grand Jury adopts all of the factual allegations contained in Paragraphs 1 through 15 of this Indictment into this count as if copied *in extenso*.

19) On or about August 10, 2023, in the District of the Virgin Islands and elsewhere, the defendant,

**MITCH G. STEVENSON,**

did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, the signature of T.E., during and relation to the offense of wire fraud, as set forth in Count One of this indictment, in violation of 18 U.S.C. § 1343.

All in violation of 18 U.S.C. § 1028A(a)(1).

DELIA L. SMITH
UNITED STATES ATTORNEY

Dated: January 23, 2024

Evan Rikhye
Assistant U.S. Attorney
United States Attorney's Office
District of the Virgin Islands
1108 King St. Suite 201, Christiansted
St. Croix, VI 00820
Telephone: 340-773-3920
evan.rikhye@usdoj.gov

DISTRICT COURT OF THE VIRGIN ISLANDS: Returned Into the District Court on this, the 23rd day of January 2024, by Grand Jurors and filed.

Honorable Emile A. Henderson, III.
United States Magistrate Judge